(June 7, 1984)

■ CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Respondent, v NARROWS CROSSING, INC., et al., Appellants, et al., Defendants. — Appeal from the resettled order, Supreme Court, New York County (Sherman, J.), entered March 2, 1983, dismissed as subsumed, without costs. ¶ Judgment, Supreme Court, New York County (Evans, J.), entered August 18, 1983, modified, on the law and the facts, by increasing the award by $21,624.18, plus interest from the date of plaintiff's payment, and, as modified, affirmed, with costs. ¶ For the reasons stated by Justice Stecher in his opinion dated July 20, 1980, plaintiff was entitled to recovery against defendant appellants. We agree with Justice Sherman's conclusion, upon resettlement, that the Statute of Limitations had not run upon plaintiff's claim. Plaintiff was entitled to be reimbursed for damages claimed on and after January 1, 1972. The amount awarded by Justice Evans at the assessment should be increased by $21,624.18 plus interest from the date of payment. Plaintiff's evidence amply supported an award in that amount for tax block No. 71,926, lot 11. We find no merit to the issues raised by defendants-appellants in their briefs. Concur — Murphy, P. J., Kupferman, Sandler, Ross and Kassal, JJ.

■ KWANZA BAIRD, an Infant, by Her Father and Natural Guardian, ANTHONY BAIRD, et al., Respondents, v NEW YORK CITY HOUSING AUTHORITY, Appellant. — Judgment, Supreme Court, Bronx County (Con. G. Cholakis, J.), entered on June 10, 1983, unanimously modified, on the law and the facts, and a new trial ordered solely on the damages awarded to plaintiff Kwanza Baird and otherwise affirmed, without costs and without disbursements, unless said plaintiff, within 20 days after service upon her attorney of a copy of the order herein, with notice of entry, serves and files in the office of the clerk of the trial court a written stipulation consenting to reduce the verdict in her favor to $50,000 and to the entry of an amended judgment in accordance therewith. If plaintiff Kwanza Baird so stipulates, the judgment, as so amended and decreased, is unanimously affirmed, without costs and without disbursements. After review of the record, the damages appear to us to be excessive to the extent indicated. Concur — Murphy, P. J., Ross, Milonas, Kassal and Alexander, JJ.

■ In the Matter of GEORGE SIDOTI, Petitioner, v DEPARTMENT OF CORRECTION OF THE CITY OF NEW YORK et al., Respondents. — Determination of Commissioner dated September 7, 1982, unanimously confirmed, without costs and without disbursements, and without prejudice to renewal by petitioner of an application for disability retirement. No opinion. Concur — Murphy, J. P., Ross, Asch and Silverman, JJ.